# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA CONE SELENSKY,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 10-0041-WS-C** |
| **JUDGE MATTHEW GREEN,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**DONE** this 26th day of April**,** 2010.

                                        s/ WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**