## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA CONE SELENSKY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0041-WS-C |
| **JUDGE MATTHEW GREEN,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 26th day of April**,** 2010.

s/ WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**